| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Trillium Benton**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx−xx−5124**<br>EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Michigan** | |
| Case number:  **20−30344−jda** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Trillium Benton

5/12/20

**By the court:** /s/ Joel D. Applebaum
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                           Case No. 20-30344-jda
Trillium Benton                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0645-4          User: admin              Page 1 of 1           Date Rcvd: May 12, 2020
                              Form ID: 318             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db             +Trillium Benton,    3428 Ridgecliffe Drive,    Flint, MI 48532-3738
26390438       +Gebrael Management,    1019 Church St.,    Flint, MI 48502-1044
26390442       +Merchants & Medical Credit Corp,    6324 Taylor Dr,    Flint, MI 48507-4685
26390441       +Merchants & Medical Credit Corp,    Attn: Bankruptcy,    6324 Taylor Drive,
                 Flint, MI 48507-4685
26390443       +Receivables Management Partners (RMP),    Attn: Bankruptcy,    Po Box 13129,
                 Lansing, MI 48901-3129
26390444       +Receivables Management Partners (RMP),    8155 Executive Court,    Lansing, MI 48917-7774
26390427        State of Michigan,    Department of Treasury,    PO Box 30199,    Lansing, MI 48909-7699

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26390428       +E-mail/Text: ebnnotifications@creditacceptance.com May 13 2020 01:16:34      Credit Acceptance,
                 25505 West 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
26390429       +E-mail/Text: ebnnotifications@creditacceptance.com May 13 2020 01:16:34      Credit Acceptance,
                 Po Box 5070,    Southfield, MI 48086-5070
26390431       +E-mail/Text: electronicbkydocs@nelnet.net May 13 2020 01:17:24
                 Department of Education/Nelnet,    Po Box 82561,    Lincoln, NE 68501-2561
26390430       +E-mail/Text: electronicbkydocs@nelnet.net May 13 2020 01:17:24
                 Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
26390432       +E-mail/Text: collectionclerks@dortfcu.org May 13 2020 01:18:13      Dort Federal Credit Un,
                 Attn: Bankruptcy,    9048 Holly Road,    Grand Blanc, MI 48439-8336
26390433       +E-mail/Text: collectionclerks@dortfcu.org May 13 2020 01:18:13      Dort Federal Credit Un,
                 2845 Davison Rd,    Flint, MI 48506-3959
26390435       +E-mail/Text: bknotice@ercbpo.com May 13 2020 01:17:34      Enhanced Recovery Corp,
                 Po Box 57547,    Jacksonville, FL 32241-7547
26390434       +E-mail/Text: bknotice@ercbpo.com May 13 2020 01:17:34      Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
26390437       +EDI: AMINFOFP.COM May 13 2020 04:58:00      First PREMIER Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
26390436       +EDI: AMINFOFP.COM May 13 2020 04:58:00      First PREMIER Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
26390440       +EDI: IIC9.COM May 13 2020 04:58:00     I.c. System, Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
26390439       +EDI: IIC9.COM May 13 2020 04:58:00     I.c. System, Inc,    Attn: Bankruptcy,    Po Box 64378,
                 St. Paul, MN 55164-0378
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
          Ethan D. Dunn    on behalf of Debtor Trillium  Benton bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
          Samuel D. Sweet    ssweet@trusteesweet.us, jwill@trusteesweet.us;ss125@trustesolutions.net
                                                                                              TOTAL: 2
```